IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ARIS TEAGUE,

        Appellant,

                           Case No.  5D23-250
v.                        LT Case No. 16-2018-CF-004650-AXXX


STATE OF FLORIDA,

        Appellee.

_____/

Decision filed April 25, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Mark Borello, Judge.

Aris E. Teague, Trenton, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


EDWARDS, JAY and BOATWRIGHT, JJ., concur.